**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov**

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412−208−7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: August 24, 2009

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

**RE: PEERMUSIC, III, LTD. vs. MOTIVE FORCE LLC**
Case Number:   **2:09−CV−01137−RCM**

Dear Sir or Madam:

  In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                    Sincerely,

                    ROBERT V. BARTH, JR.
                    CLERK OF COURT

          By:  **/s/ jsp**

                    Deputy Clerk

Enclosures