IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------ X
                                                             :
Peermusic, III, Ltd., Songs of Peer, Ltd., Peer              :
International Corp., Peermusic Ltd., PSO Ltd.,               :
Southern Music Publishing Co., Inc., WB Music                :  Civil Action No.: 2-09-cv-1137
Corp., Warner-Tamerlane Publishing Corp.,                    :
Unichappell Music, Inc., Bug Music, Inc.,                    :
Windswept Holdings LLC and Hitco Music                       :
Publishing, LLC,                                             :
                                                             :
                        *Plaintiffs*,                        :
                                                             :
                v.                                           :
                                                             :
Motive Force LLC and Sean Colombo,                           :
                                                             :
                        *Defendants*.                        :
------------------------------------------------------------ X

## PLAINTIFFS' DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public:

    1.    Warner Music Group Corp. is a publicly traded company and is the parent company of Plaintiffs WB Music Corp., Warner-Tamerlane Publishing Corp. and Unichappell Music, Inc.

1

Dated: August 25, 2009

                        BABST, CALLAND, CLEMENTS
                        AND ZOMNIR, PC

By: /s David E. White
     David E. White

     Pa. I.D. # 59659
     Two Gateway Center
     603 Stanwix Street
     6th Floor
     Pittsburgh, PA 15222
     Tel.: 412-394-5400
     Fax: 412-394-6576
     dwhite@bccz.com

     - and -

     MOSES & SINGER LLP
     Paul M. Fakler (NY Bar No. 2940435)
     (*pro hac* admission pending)
     Ross J. Charap (NY Bar No. 1117381)
     (*pro hac* admission pending)
     MOSES & SINGER LLP
     405 Lexington Avenue
     New York, New York 10174-1299
     Tel.: 212-554-7800
     Fax: 212-554-7700
     pfakler@mosessinger.com
     *Attorneys for Plaintiffs*