# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Peermusic, III, Ltd., Songs of Peer, Ltd.,   )
Peer International Corp., Peermusic     )     Civil Action No. 2:09-cv-1137
Ltd., PSO Ltd., Southern Music        )
Publishing Co., Inc., WB Music Corp.,   )
Warner-Tamerlane Publishing Corp.,    )
Unichappell Music, Inc., Windswept     )
Holdings LLC, T/Q Music, Inc., Hitco   )
Music Publishing, LLC and Bug Music,  )
Inc.,                                )
                                  )
          *Plaintiffs*,       )
                                  )
          v.               )
                                  )
Motive Force LLC and Sean Colombo,   )
                                  )
                                  )
          *Defendants*.     )

## MOTION FOR ADMISSION *PRO HAC VICE* OF KANDIS M. KOUSTENIS

Counsel for Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp.,

Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc. (collectively "Peermusic"), WB

Music Corp., Warner-Tamerlane Publishing Corp.,  Unichappell Music, Inc. (collectively

"Warner/Chappell"), Windswept Holdings LLC, T/Q Music, Inc., Hitco Music Publishing, LLC

and Bug Music, Inc. (collectively "Bug") respectfully moves this Court for permission allowing

Kandis M. Koustenis to appear and participate in this action *pro hac vice*, and, in support of this

Motion, states as follows:

     1.     Kandis M. Koustenis is an associate with the law firm of Moses & Singer LLP in

New York, New York.

     2.     As indicated by the attached affidavit, Ms. Koustenis is admitted into practice and

in good standing before the courts of the following jurisdictions: the Sixth Circuit Courts of

Dockets.Justia.com

Appeal, the United States District Court for Massachusetts, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York , the United States Court of Federal Circuit, and the United States Supreme Court. See Ex. A.

    3.    Ms. Koustenis is counsel for Plaintiffs, is familiar with the above-captioned lawsuit, and will be actively associated with Babst, Calland, Clements & Zomnir, P.C. as co-counsel for Plaintiffs. See Exhibit A.

    4.    Ms. Koustenis has certified that she has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania and agrees to comply with said rules. See Exhibit A.

    5.    Ms. Koustenis has certified that she is a registered user of ECF in the United States District Court for the Western District of Pennsylvania. See Exhibit A.

WHEREFORE, counsel for Plaintiffs request that this Court grant the Motion for Admission *Pro Hac Vice* of Kandis M. Koustenis.

Respectfully submitted,

**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**

Date: September 9, 2009

By: /s/ David E. White
David E. White (Pa. I.D. # 59659)
Two Gateway Center
603 Stanwix Street, 6th Floor
Pittsburgh, PA 15222
Tel.: 412-394-5400
Fax: 412-394-6576
dwhite@bccz.com

- and -

MOSES & SINGER LLP
Kandis M. Koustenis (NY Bar No. 2940435)
(*pro hac* admission pending)
Kandis M. Koustenis (NY Bar No. 1117381)
(*pro hac* admission pending)
Kandis M. Koustenis (NY Bar No. 2502789)
(*pro hac* admission pending)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
KKoustenis@mosessinger.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was served this _11TH_ day of September, 2009 via U.S. mail on the following:

Motive Force LLC
224 Adams Pointe Boulevard, Unit 3
Mars, PA  16046-4663

Sean Colombo
224 Adams Pointe Boulevard, Unit 3
Mars, PA  16046-4663

/s/ David E. White
David E. White
Pa. I.D. No. 59659