IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, | )<br>)<br>)<br>) Civil Acton No. 2:09-CV-01137-RCM<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| Motive Force LLC and Sean Colombo, | ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC ("Plaintiffs"), and Defendants Motive Force LLC and Sean Colombo (collectively "Defendants"), hereby stipulate that Defendants shall have until and including October 21, 2009 in which to answer, respond or otherwise move with respect to the Complaint. Pursuant to W.D.Pa.L.R.Civ.P. 7(E), this stipulation for extension of time does not exceed 45 days from the due date in which Defendants would have to answer, respond or otherwise move with respect to the Complaint.

/s/David E. White_____          /s/Corrado Salvatore_____
David E. White - Pa. I.D. No. 59659      Gretchen L. Jankowski - Pa. I.D. No. 74540
**BABST, CALLAND, CLEMENTS &**           Corrado Salvatore - Pa. I.D. No. 203639
  **ZOMNIR, PC**                         **BUCHANAN INGERSOLL & ROONEY PC**
Two Gateway Center                       Firm I.D. No. 038
603 Stanwix Street                       301 Grant Street
6th Floor                                One Oxford Centre, 20th Floor
Pittsburgh, PA  15222                    Pittsburgh, PA  15219-1410
(412) 394-5400                           (412) 562-1417/1825
(412) 394-6576 (fax)

                                         *Counsel for Defendants*
Paul M. Fakler - NY Bar No. 2940435      *Motive Force LLC and Sean Colombo*
(*pro hac vice* admission pending)
Ross J. Charap - NY Bar No. 1117381
(*pro hac vice* admission pending)
**MOSES & SINGER LLP**
405 Lexington Avenue
New York, NY  10174-1299
212-554-7800
212-554-7700 (fax)

*Counsel for Plaintiffs*

Dated:  September 15, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of September 2009, a true and correct copy of the foregoing **Stipulation for Extension of Time**, was served upon the following counsel of record, via electronic filing, addressed as follows:

David E. White
**BABST, CALLAND, CLEMENTS & ZOMNIR, PC**
Two Gateway Center
603 Stanwix Street
6th Floor
Pittsburgh, PA  15222

Paul M. Fakler
Ross J. Charap
**MOSES & SINGER LLP**
405 Lexington Avenue
New York, NY  10174-1299

/s/Corrado Salvatore
Corrado Salvatore