## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>Motive Force LLC and Sean Colombo,<br><br>     Defendants. | Civil Acton No. 2:09-CV-01137-RCM |

## ENTRY OF APPEARANCE

Kindly enter my appearance as additional counsel of record on behalf of Defendants Motive Force LLC and Sean Colombo.

DATED: September 15, 2009    **BUCHANAN INGERSOLL & ROONEY PC**

                 /s/ Gretchen L. Jankowski
                 Gretchen L. Jankowski - Pa. I.D. No. 74540
                 Corrado Salvatore - Pa. I.D. No. 203639
                 301 Grant Street
                 One Oxford Centre, 20th Floor
                 Pittsburgh, PA  15219-1410
                 (412) 562-1417/1825
                 gretchen.jankowski@bipc.com
                 corrado.salvatore@bipc.com
                 *Attorneys For Defendants, Motive Force LLC and Sean Colombo*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2009, a true and correct copy of the foregoing was served upon the following counsel of record, via electronic filing as follows:

David E. White
**BABST, CALLAND, CLEMENTS & ZOMNIR, PC**
Two Gateway Center
603 Stanwix Street
6th Floor
Pittsburgh, PA 15222

Paul M. Fakler
Ross J. Charap
**MOSES & SINGER LLP**
405 Lexington Avenue
New York, NY 10174-1299

/s/Gretchen L. Jankowski
Gretchen L. Jankowski