# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,       Plaintiffs,<br><br>v.<br><br>Motive Force LLC and Sean Colombo,<br><br>       Defendants. | Civil Acton No. 2:09-CV-01137-RCM |

## ENTRY OF APPEARANCE

Kindly enter my appearance as additional counsel of record on behalf of Defendants Motive Force LLC and Sean Colombo.

DATED: September 16, 2009               **BUCHANAN INGERSOLL & ROONEY PC**

By:/s/ Corrado Salvatore_____
   Gretchen L. Jankowski - Pa. I.D. No. 74540
   Corrado Salvatore - Pa. I.D. No. 203639
   301 Grant Street
   One Oxford Centre, 20th Floor
   Pittsburgh, PA  15219-1410
   (412) 562-1417/1825
   gretchen.jankowski@bipc.com
   corrado.salvatore@bipc.com
   *Attorneys For Defendants, Motive Force LLC and Sean Colombo*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2009, a true and correct copy of the foregoing was served upon the following counsel of record, via electronic filing as follows:

David E. White
**BABST, CALLAND, CLEMENTS & ZOMNIR, PC**
Two Gateway Center
603 Stanwix Street
6th Floor
Pittsburgh, PA 15222

Paul M. Fakler
Ross J. Charap
**MOSES & SINGER LLP**
405 Lexington Avenue
New York, NY 10174-1299

/s/Corrado Salvatore
Corrado Salvatore