IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>Motive Force LLC and Sean Colombo,<br><br>          Defendants. | Civil Acton No. 2:09-CV-01137-RCM<br><br>Hon. Magistrate Judge Robert C. Mitchell |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC (collectively "Plaintiffs"), and Defendants Motive Force LLC and Sean Colombo (collectively "Defendants"), jointly request that this Honorable Court grant an extension of time for Defendants to file and serve its response to the Complaint, pursuant to Fed. Rule of Civ. Proc. 6, and, in support of their motion, state as follows:

    1.    Plaintiffs filed the Complaint on August 24, 2009, and served Defendants on August 30, 2009.

    2.    This Court has previously granted the parties two extensions of time for Defendants to respond to the Complaint.

    3.    Since the approval of the latest extension, the parties have actively engaged in negotiating the terms of a possible resolution to this matter. The parties remain of the view that a

settlement can be achieved which will alleviate the need for expensive and protracted litigation of this matter.

4. While the parties have made progress toward reaching mutually satisfactory terms to settle this matter, the parties require additional time to a reach a resolution.

5. Accordingly, the parties respectfully and jointly request that this Court grant Defendants until and including Friday, December 4, 2009 to file a response to the Complaint, by entering an Order in the form attached hereto.

| | |
|---|---|
| /s/David E. White | /s/Corrado Salvatore |
| David E. White - Pa. I.D. No. 59659 | Gretchen L. Jankowski - Pa. I.D. No. 74540 |
| **BABST, CALLAND, CLEMENTS & ZOMNIR, PC** | Corrado Salvatore - Pa. I.D. No. 203639 |
| | **BUCHANAN INGERSOLL & ROONEY PC** |
| Two Gateway Center | Firm I.D. No. 038 |
| 603 Stanwix Street | 301 Grant Street |
| 6th Floor | One Oxford Centre, 20th Floor |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219-1410 |
| (412) 394-5400 | (412) 562-1417/1825 |
| (412) 394-6576 (fax) | |
| | *Counsel for Defendants* |
| | *Motive Force LLC and Sean Colombo* |
| Paul M. Fakler - NY Bar No. 2940435 | |
| (*pro hac vice* admission pending) | |
| Ross J. Charap - NY Bar No. 1117381 | |
| (*pro hac vice* admission pending) | |
| **MOSES & SINGER LLP** | |
| 405 Lexington Avenue | |
| New York, NY 10174-1299 | |
| 212-554-7800 | |
| 212-554-7700 (fax) | |

*Counsel for Plaintiffs*

Dated: November 18, 2009