IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, | Civil Acton No. 2:09-CV-01137-RCM |
| Plaintiffs, | Hon. Magistrate Judge Robert C. Mitchell |
| v. | |
| Motive Force LLC and Sean Colombo, | |
| Defendants. | |

## ORDER

AND NOW, this ____ day of _____, 2009, upon consideration of the Joint Motion for Extension of Time, the Joint Motion is GRANTED and defendants Motive Force LLC and Sean Colombo shall have until and including December 4, 2009 to file an answer or motion in response to Plaintiffs' Complaint.

_____
J.

#4713118-v1