**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, | ) ) ) ) ) ) ) | Civil Acton No. 2:09-CV-01137-RCM |
| Plaintiffs, | ) ) | Hon. Magistrate Judge Robert C. Mitchell |
| v. | ) ) ) | |
| Motive Force LLC and Sean Colombo, | ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _19_ day of _Nov_, 2009, upon consideration of the Joint Motion

for Extension of Time, the Joint Motion is GRANTED and defendants Motive Force LLC and

Sean Colombo shall have until and including December 4, 2009 to file an answer or motion in

response to Plaintiffs' Complaint. *No further extensions shall be granted.*

*Robert C. Mitchell*
                                                                                    J.