IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PEERMUSIC, III, LTD., et al.,        )
         Plaintiffs,        )
                           )
vs                                   )        Civil Action No. 09-1137
                           )
MOTIVE FORCE LLC, et al.,            )
         Defendants.        )

O R D E R

AND NOW, this 8th day of December, 2009, Plaintiffs having filed this action against Defendants and the parties having indicated that they have reached a settlement which will be presented to the Court in the form of a consent judgment,

IT IS HEREBY ORDERED that on or before December 11, 2009, the Plaintiffs and Defendants shall separately complete an election form, copy included herewith, either consenting to jurisdiction by the magistrate judge or electing to have a district judge assigned to the case, and shall file the form with the Clerk's Office.

                                      s/Robert C. Mitchell
                                      Robert C. Mitchell
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEERMUSIC, III, LTD., et al.,  )  <br>　　　　Plaintiffs,　　)  <br>　　　　　　　　　　　　) <br>vs　　　　　　　　　　　) <br>　　　　　　　　　　　　) <br>MOTIVE FORCE LLC, et al., )  <br>　　　　Defendants.　　) | Civil Action No.  09-1137 |

(Complete either Part 1 or Part 2)

PART 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature


Print Name:　_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature


Print Name:　_____