IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PEERMUSIC, III, LTD., et al., )
   Plaintiffs, )
     )
vs )  Civil Action No. 09-1137
     )
MOTIVE FORCE LLC, et al., )
   Defendants. )

(Complete either Part 1 or Part 2)

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

  In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for **Motive Force LLC and Sean Columbo**) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: December 10, 2009

Signature

Print Name: Corrado Salvatore

----

PART 2: DISTRICT JUDGE OPTION

  Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature

Print Name: _____