IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PEERMUSIC, III, LTD, et al.,            )
        Plaintiffs,            )
                                         )
vs                                       )   Civil Action No. 09-1137
                                         )
MOTIVE FORCE LLC, et al.,                )
        Defendants.            )

PART 1: CONSENT TO JURISDICTION BY
UNITED STATE MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____           _____
                                       Signature

                                       Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for <u>Plaintiffs, Peermusic III, LTD., et al</u>_____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: <u>December 10, 2009</u>           *David E. White* (signature)
                                         Signature

                                         Print Name: <u>David E. White</u>