IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, | : | Civil Action No.: 2:09-cv-01137-RCM  **ORDER OF COURT** |
| *Plaintiffs*, | : | |
| v. | : | |
| Motive Force LLC and Sean Colombo, | : | |
| *Defendants*. | : | |

---

Upon consideration of the parties' Consent Judgment, it is hereby ORDERED as follows that:

Upon consent of the parties and in settlement of this action, Judgment is entered on the Complaint in favor of Plaintiffs and against Defendants; and

Defendants and their principals, officers, directors, partners, employees, agents, servants, representatives, sub-tenants, affiliates, subsidiaries, parent and related companies, successors in interest and all persons or entities in active concert or participation with Defendants are permanently enjoined from the date of this Order onward from infringing, whether directly or indirectly, and from causing, enabling, facilitating, encouraging, inducing, promoting, contributing to, assisting, and/or participating in the unlicensed reproduction, public distribution, public display or other infringement of any musical composition protected by copyright, including, without limitation, the copyrights in Plaintiffs' Songs. Without limitation of the foregoing, Defendants and their principals, officers, directors, partners, employees, agents,

{B0066279.1}

servants, representatives, sub-tenants, affiliates, subsidiaries, parent and related companies, successors in interest and all persons or entities in active concert or participation with Defendants are permanently enjoined from, directly or indirectly, operating, authorizing the operation of, or assisting in the operation of the unlicensed LyricWiki Website or any other unlicensed website, or creating or assisting in the creation of any software application, database or service that reproduces, publicly distributes or publicly displays unlicensed lyrics from any musical composition protected by copyright, including without limitation Plaintiffs' Songs; and,

Judgment in the amount of one hundred fifty thousand dollars ($150,000) is entered in favor of Plaintiffs against Defendants, which sum shall be paid by Defendants to Plaintiffs in accordance with the terms of the Settlement Agreement; and

Defendants shall promptly remit to Plaintiffs any monies that come under Defendants' control in connection with the exploitation of any software application or any application programming interface ("API") by which Defendants assisted and/or induced third-party software developers or users to display or distribute copies of unlicensed lyrics from Plaintiffs' Songs to consumers' computers or personal media players, which sum(s) shall be paid by Defendants to Plaintiffs in accordance with the terms of the Settlement Agreement; and,

The Court shall retain jurisdiction of this Action until such time as the settlement payment contained in this Consent Judgment and the Settlement Agreement has been satisfied and for the purpose of enforcing all of the provisions of the same.

_____
Robert C. Mitchell
United States District Court Magistrate Judge